UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25cv08435 CAS (RAOx)                                    Date:  January 29, 2026

Title   *HUI GAO v. CONNIE NOLAN; ET AL.*

Present:  The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

|  Catherine Jeang  | Not Present |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) – MOTION TO STAY PROCEEDINGS [13] (Filed January 29, 2026)**

The Court is in receipt of Plaintiff's Motion to Stay Proceedings[13] filed on January 29, 2026.  The Court grants a 60-day stay of proceedings, up to and including March 30, 2026.

Further, pursuant to the 60-day stay imposed, the Court hereby extends the Order to Show Cause[12] from February 3, 2026, to **April 20, 2026**. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.  Plaintiff is advised that the Court will consider a n answer by **defendants CONNIE NOLAN; JOSEPH B. EDLOW; KRISTI NOEM; and PAM BONDI,** or plaintiff's request for entry of default on these defendants on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00:00 |
| --- | --- |
| **Initials of Preparer** | CMJ |